Commonwealth ex rel. Gaerttner, Appellant, *v.* Myers.

Submitted November 17, 1960. Before RHODES, P. J., GUNTHER, WRIGHT, WOODSIDE, ERVIN, WATKINS, and MONTGOMERY, JJ.

*Donald L. Gaerttner,* appellant, in propria persona.

*Richard V. Scarpitti,* Assistant District Attorney, and *Herbert J. Johnson, Jr.,* District Attorney, for appellee.

OPINION PER CURIAM, December 14, 1960:

The order of the court below is affirmed on the opinion of Judge ROSSITER, of the Court of Common Pleas of Erie County, as reported in 22 Pa. D. & C. 2d 562.